RECEIVED
SEP 15 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:08-0205 |
| | | CIVIL NO. 6:13-1986 |
| VERSUS | * | JUDGE DOHERTY |
| HAROLD JEREMAINE GUIDRY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Harold Jeremaine Guidry's § 2255 Motion is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 15th day of September, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE